Anthony Olusegun IROKO, Petitioner–Appellant,

v.

Albert R. GONZALES, U.S. Attorney General, Respondent–Appellee.

No. 05–60448.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided March 28, 2006.

Anthony Olusegun Iroko, Houston, TX, pro se.

Thomas Ward Hussey, Director, U.S. Department of Justice Office of Immigration Litigation, John Clifford Cunningham, Cindy S. Ferrier, U.S. Department of Justice Civil Division Immigration Litigation, Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, Hipolito Acosta, U.S. Immigration & Naturalization Service, Houston, TX, U.S. Immigration & Naturalization Service District Directors Office, New Orleans, LA, for Respondent–Appellee.

Before JONES, Chief Judge, and WIENER, and DeMOSS, Circuit Judges.

PER CURIAM: *

Anthony Olusegun Iroko (Petitioner) petitions this court to review the order of

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

removal entered by the Board of Immigration Appeals (BIA) on April 26, 2005. For the reasons stated by the BIA in such order, we affirm the decision of the BIA that upheld the decision of the immigration judge on this matter, and we therefore deny the petition for review.

DENIED.